Paul GARNETT, Jr., Plaintiff–
Appellant,

v.

H.R. POWELL, Warden; A.P. Grizzard;
B. Rhodes; B. Cabell; Sergeant
Knight; Sergeant Hedgepeth; Alvin
Harris, M.D.; J.W. JILES, Defen-
dants–Appellees.

No. 00–7696.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Paul Garnett, Jr., pro se. Christopher
Garrett Hill, Office of the Attorney Gener-
al of Virginia, Richmond, VA; David Law-
rence Arnold, Ornoff & Arnold, P.C., Vir-
ginia Beach, VA, for appellees.

Before WIDENER and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Paul Garnett, Jr., appeals the district
court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2000) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court.
*Garnett v. Powell,* No. CA–99–2128
(E.D.Va. Nov. 1, 2000). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*